JS-6

**JML LAW**
A PROFESSIONAL LAW CORPORATION
21052 OXNARD STREET
WOODLAND HILLS, CALIFORNIA 91367
Tel: (818) 610-8800
Fax: (818) 610-3030

JOSEPH M. LOVRETOVICH, STATE BAR NO. 73403
jml@jmllaw.com
D. AARON BROCK, STATE BAR NO. 241919
aaron@jmllaw.com
CHRISTOPHER P. BRANDES, STATE BAR NO. 282801
cbrandes@jmllaw.com

**Attorneys for Plaintiff**
RHONDA GUNTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| RHONDA GUNTER, an individual<br><br>            Plaintiff,<br><br>    vs.<br><br>WINCO HOLDINGS, INC., an Idaho Corporation; and DOES 1 through 100, inclusive<br><br>            Defendants. | Case No. 5:14-CV-01646-VAP-SPx<br><br>Assigned for all purposes to the Hon. Virginia Phillips<br><br>**[PROPOSED] ORDER FOR DISMISSAL OF ACTION**<br><br>**[FED. R. CIV. P 41(A)(1)(A)(II)]** |

///

///

///

1

**[PROPOSED] ORDER FOR DISMISSAL OF ACTION**

Firmwide:130176971.1 069820.10

**[PROPOSED] ORDER**

The Court having considered the stipulation of the parties, and good cause appearing, orders as follows:

1. The action is dismissed with prejudice against Defendant. There are no claims remaining in the case.

2. Except as set forth in the Settlement Agreement between the parties, each party shall bear their own costs and attorneys' fees.

Dated: November 18, 2014

*Virginia A. Phillips*

THE HONORABLE VIRGINIA A. PHILLIPS
United States District Court Judge